AO 91 (Rev. 11/11) Criminal Complaint

FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO
JUN 12 2019
MITCHELL R. ELFERS
CLERK

# UNITED STATES DISTRICT COURT
for the
District of New Mexico

United States of America
v.
Charles DAVIS

Defendant(s)

Case No. 19mj1533

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of June 11, 2019 in the county of Bernalillo in the District of New Mexico, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 21 U.S.C. §§ 841(a)(1), (b)(1)(B) | Possession with Intent to Distribute 50 grams and more of a Mixture and Substance Containing Methamphetamine. |
| 21 U.S.C. §§ 841(a)(1), (b)(1)(B) | Possession with Intent to Distribute 100 grams and more of a Mixture and Substance Containing Heroin. |

This criminal complaint is based on these facts:

See attached affidavit

☑ Continued on the attached sheet.

[signature]
*Complainant's signature*

SA Emmett Fritz
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 6/12/2019

[signature]
*Judge's signature*

City and state: Albuquerque, NM

Laura Fashing, U.S. Magistrate Judge
*Printed name and title*

## INTRODUCTION AND AGENT BACKGROUND

I, Emmett G. Fritz, Special Agent of the Drug Enforcement Administration ("DEA"), being duly sworn, depose and state as follows:

I am a Special Agent for the DEA, United States Department of Justice. I have been a Special Agent since January 2019, and I am currently assigned to the Albuquerque District Office. Prior to that I was an Albuquerque Police Officer from December 2016 until I joined the DEA. As such, I am a law enforcement officer of the United States within the meaning of 18 U.S.C. § 2510(7), and I am empowered by law to conduct investigations and to make arrests for offenses enumerated in 18 U.S.C. § 2516.

My experience as a Special Agent ("SA") includes, but is not limited to, conducting surveillance, writing affidavits for and executing search warrants, and working with undercover agents and informants. I have received training and have experience in the investigation of violations of the federal drug and money laundering laws, including the offenses listed below. I have participated in the investigation of drug trafficking conspiracies. As a result, I am, and agents assisting in this investigation are, familiar with matters including, but not limited to, the means and methods used by persons and drug trafficking organizations ("DTOs") to purchase, transport, store, and distribute drugs and to hide profits generated from those transactions. I am aware that DTOs are concerned about the efforts law enforcement makes to disrupt and dismantle their activities.

## PROBABLE CAUSE

The facts set forth in this affidavit are known to me as a result of my investigation and interviews with other agents and law enforcement officers. These are not all the facts known to me throughout the course of this investigation, but rather only those that are essential to establish probable cause for charging a complaint against Charles DAVIS for the federal violations listed herein.

This affidavit is made in support of the issuance of a criminal complaint charging Charles DAVIS with two violations of 21 U.S.C. §§ 841(a)(1), (b)(1)(B), that being possession of 50 grams and more of a mixture and substance containing methamphetamine, and possession with intent to distribute 100 grams and more of a mixture and substance containing heroin.

On June 7, 2019, U.S. Magistrate Judge for the District of New Mexico Laura Fashing signed and authorized federal search warrant at DAVIS' residence located at 617 Monroe Ave NE #D, Albuquerque, NM. On June 11, 2019, DEA and Albuquerque Police Department (APD) executed the search warrant at DAVIS' residence. During the execution of the search warrant, DAVIS was taken into police custody. Once DAVIS was taken into police custody, without a question being asked to him, DAVIS stated to agents that all of the drug paraphilia, drugs, and firearms that are located in the residence belong to him. During the search of the residence, DEA Agents located, in a gray safe underneath DAVIS bed, a substance believed to be heroin. Agents located a small white box underneath DAVIS bed, which contained user amount of methamphetamine and heroin. In addition, agents also located a large amount of a substance believed to be methamphetamine in a red locked safe located in a black bag behind the master bedroom door. All of the suspected methamphetamine that was found and seized from DAVIS' residence was field tested and produced a presumptive positive test for methamphetamine. All of the suspected heroin that was found and seized from DAVIS' residence was field tested and produced a presumptive positive test for heroin. Agents also located 36.0 gross grams of marijuana, 40.5 gross grams of hallucinogenic mushrooms, 60.8 gross grams of benzodiazepine, and 30.3 gross grams of oxycodone. In addition a shotgun was found inside of the master bedroom closet in the residence.

DAVIS was read his rights via Miranda and agreed to speak to agents. During the interview, DAVIS admitted that the narcotics and the firearm that was located inside of his residence was his. In

addition, DAVIS stated that he was supplied the methamphetamine by a friend and planned on selling the methamphetamine.

The methamphetamine was determined to have a gross weight of 277.8 gross grams. Based on my training and experience, I know that this amount of methamphetamine is a distributable amount of methamphetamine.

The heroin was determined to have a gross weight of 201.00 gross grams. Based on my training and experience, I know that this amount of heroin is a distributable amount of heroin.

The methamphetamine and heroin (as well as the marijuana, hallucinogenic mushrooms, benzodiazepine tablets, and oxycodone tablets) have been sent to the DEA laboratory and are awaiting testing and results.

This affidavit is made in support of the issuance of a criminal complaint charging Charles DAVIS with two violations of 21 U.S.C. §§ 841(a) (1), (b)(1)(B), possession with intent to distribute 50 grams and more of a mixture and substance containing methamphetamine and possession with intent to distribute 100 grams and more of a mixture and substance containing heroin.

All of the above-described events occurred in Bernalillo County, in the District of New Mexico.

I declare under the penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Emmett G. Fritz, Special Agent

U.S. Drug Enforcement Administration

Albuquerque District Office

Sworn to before me, this 12th day of

Honorable Laura Fashing

United States Magistrate Judge